IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCIO CRUZ and JOSE ROSAS CRUZ, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV43 |
| v. | ) ) ) | |
| AMERICAN UNITED LIFE INSURANCE COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 37). Pursuant thereto,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 14th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court