```
                  IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF NEBRASKA

LUCIO CRUZ and JOSE ROSAS      )
CRUZ,                          )
                               )
          Plaintiffs,          )         8:04CV43
                               )
     v.                        )
                               )
                               )
AMERICAN UNITED LIFE           )         ORDER
INSURANCE COMPANY,             )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 37). Pursuant thereto,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 14th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court